UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WILLIAM ROBERT BRAMSCHER, <br><br> Petitioner, <br><br> v. <br><br> CRAIG KOENING, WARDEN, <br><br> Respondent. | CASE NO. CV 20-07962-RGK (AS) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed,[1] the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

---

[1] Petitioner filed objections on February 9, 2021 (Dkt. No. 32). Petitioner also filed a Request for Judicial Notice on February 26, 2021 (Dkt. No. 33) which the Court construes as a supplemental objection to the Report and Recommendation.

**IT IS ORDERED** that Judgment shall be entered denying and dismissing the Petition without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 22, 2021

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE