**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WILLIAM ROBERT BRAMSCHER,<br><br>        Petitioner,<br><br>  v.<br><br>CRAIG KOENING,<br><br>        Respondent. | CASE NO. CV 20-07962-RGK (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED: March 22, 2021

*Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE